# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED SPECIALTY INSURANCE COMPANY,

        Plaintiff(s),

v.

L&C LATH & PLASTERING, INC., et al.,

        Defendant(s).

2:14-CV-526 JCM (NJK)

## ORDER

      Presently before the court is defendants' motion to abstain. (Doc. # 14). Plaintiff United Specialty Insurance Company filed a response in opposition. (Doc. # 26).

      After filing its response to the instant motion, plaintiff filed a notice stating that the parties in this matter have reached a settlement, which will be completed within thirty days.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to abstain (doc # 14) be, and the same hereby is, DENIED without prejudice.

      DATED July 9, 2014.

                                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**